Exhibit 1

Int. Cls.: **4, 16 and 21**

Prior U.S. Cls.: **2, 15, 30, 37 and 38**

Reg. No. 1,270,509

<u>United States Patent and Trademark Office</u>    Registered Mar. 20, 1984

## TRADEMARK
Principal Register

## CARE BEARS

American Greetings Corporation (Ohio corporation)
10500 American Rd.
Cleveland, Ohio 44144

For: CANDLES, in CLASS 4 (U.S. Cl. 15).
First use Nov. 5, 1982; in commerce Nov. 5, 1982.
For: GREETING CARDS, (WRITING PAPER AND ENVELOPES, PHOTOGRAPH ALBUMS, AND GIFT WRAPPING PAPER,) in CLASS 16 (U.S. Cls. 37 and 38).
First use Nov. 5, 1982; in commerce Nov. 5, 1982.

For: DECORATIVE CERAMIC PLATES, in CLASS 21 (U.S. Cls. 2 and 30).
First use Nov. 5, 1982; in commerce Nov. 5, 1982.
Owner of U.S. Reg. Nos. 1,191,263 and 1,238,416.

Ser. No. 411,237, filed Jan. 27, 1983.

SUSAN A. RICHARDS, Examining Attorney

Int. Cls.: 21, 24, 25 and 28

Prior U.S. Cls.: 2, 22, 39 and 42

**United States Patent and Trademark Office**

Reg. No. 1,294,343
Registered Sep. 11, 1984

## TRADEMARK
Principal Register

## CARE BEARS

American Greetings Corporation (Ohio corporation)
10500 American Rd.
Cleveland, Ohio 44144

   For: CANNISTERS, in CLASS 21 (U.S. Cl. 2).
First use Sep. 9, 1982; in commerce Sep. 9, 1982.
   For: TOWELS, in CLASS 24 (U.S. Cl. 42).
First use Sep. 9, 1982; in commerce Sep. 9, 1982.
   For: T-SHIRTS, in CLASS 25 (U.S. Cl. 39).
First use Sep. 9, 1982; in commerce Sep. 9, 1982.
   For: STUFFED TOY FIGURES, in CLASS 28 (U.S. Cl. 22).

First use Sep. 9, 1982; in commerce Sep. 9, 1982.

Owner of U.S. Reg. Nos. 1,191,263, 1,238,416 and 1,258,185.

No claim is made to the exclusive right to use the term "Bears", apart from the mark as shown.

Ser. No. 399,521, filed Oct. 1, 1982.

HENRY S. ZAK, Examining Attorney

Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**  Reg. No. 1,780,477
Registered July 6, 1993

## TRADEMARK
PRINCIPAL REGISTER

### CARE BEARS

THOSE CHARACTERS FROM CLEVELAND, INC. (OHIO CORPORATION)
10500 AMERICAN ROAD
CLEVELAND, OH 44144

FOR: CANDY, IN CLASS 30 (U.S. CL. 46).
FIRST USE 12-0-1984; IN COMMERCE 12-0-1984.
OWNER OF U.S. REG. NOS. 1,270,509, 1,271,459 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BEARS", APART FROM THE MARK AS SHOWN.

SER. NO. 74-330,849, FILED 11-13-1992.

M. L. HERSHKOWITZ, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 3,336,078
Registered Nov. 13, 2007

## TRADEMARK
PRINCIPAL REGISTER

# CARE BEARS

THOSE CHARACTERS FROM CLEVELAND, INC. (OHIO CORPORATION)
ONE AMERICAN ROAD
CLEVELAND, OH 44144

FOR: KARAOKE MACHINES, PRERECORDED VIDEO CASSETTES AND DVDS FEATURING CARTOONS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 8-31-2002; IN COMMERCE 8-31-2002.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 78-563,875, FILED 2-9-2005.

INGRID C. EULIN, EXAMINING ATTORNEY



# CARE BEARS

**Reg. No. 3,767,824**
Registered Mar. 30, 2010

**Int. Cl.: 18**

**TRADEMARK
PRINCIPAL REGISTER**

THOSE CHARACTERS FROM CLEVELAND, INC. (OHIO CORPORATION)
ONE AMERICAN ROAD
CLEVELAND, OH 44144

FOR: PURSES, SHOULDER BAGS, SCHOOL BAGS, BACKPACKS, TOTE BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 12-31-2008; IN COMMERCE 12-31-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,270,509, 1,780,477, AND OTHERS.

SN 77-045,766, FILED 11-16-2006.

JASON BLAIR, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office

# CARE BEARS

**Reg. No. 5,874,943**  
**Registered Oct. 01, 2019**  
**Int. Cl.: 5**  
**Trademark**  
**Principal Register**

THOSE CHARACTERS FROM CLEVELAND, LLC (OHIO LIMITED LIABILITY COMPANY)  
28601 Chagrin Blvd., Ste. 500  
Woodmere, OHIO 44122

CLASS 5: Gummy vitamins

FIRST USE 2-5-2019; IN COMMERCE 2-5-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "BEARS"

SER. NO. 87-726,983, FILED 12-19-2017



Director of the United States  
Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office

# CARE BEARS

**Reg. No. 4,606,764**  
**Registered Sep. 16, 2014**  
**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

THOSE CHARACTERS FROM CLEVELAND, INC. (OHIO CORPORATION)
ONE AMERICAN ROAD
CLEVELAND, OH 44144

FOR: EDUCATIONAL AND ENTERTAINMENT SERVICES, NAMELY, THE PROVISION OF CONTINUING TELEVISION PROGRAMS, MOVIES AND SEGMENTS FEATURING ANIMATION BROADCAST OVER TELEVISION AND VIA GLOBAL COMMUNICATIONS NETWORKS AND WIRELESS COMMUNICATIONS NETWORKS; ENTERTAINMENT SERVICES, NAMELY, PROVIDING WEBSITES VIA GLOBAL COMMUNICATIONS NETWORKS AND WIRELESS COMMUNICATIONS NETWORKS FEATURING, ONLINE COMPUTER GAMES; CHILDREN STORIES, NON-DOWNLOADABLE, PRERECORDED MUSIC, GRAPHICS, NON-DOWNLOADABLE ANIMATED VIDEOS AND NON-DOWNLOADABLE VIDEOS FOR CHILDREN; PROVIDING INFORMATION IN THE FIELD OF ENTERTAINMENT, NAMELY, ANIMATION RENDERED VIA GLOBAL COMMUNICATIONS NETWORKS AND WIRELESS COMMUNICATIONS NETWORKS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 12-31-2007; IN COMMERCE 12-31-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-982,055, FILED 12-21-2011.

JOHN GARTNER, EXAMINING ATTORNEY



*Michelle K. Lee*
**Deputy Director of the United States Patent and Trademark Office**

# United States of America
## United States Patent and Trademark Office

# CARE BEARS

**Reg. No. 6,289,314**
**Registered Mar. 09, 2021**
**Int. Cl.: 9**
**Trademark**
**Principal Register**

Those Characters From Cleveland, LLC (OHIO LIMITED LIABILITY COMPANY)
28601 Chagrin Blvd., Ste. 500
Woodmere, OHIO 44122

CLASS 9: Batteries; Binoculars; Eyewear; Mousepads; Computer cases; Downloadable children's educational software; Downloadable children's educational tablet applications; Downloadable comic strips; Downloadable computer screen saver software; Downloadable electronic greeting cards; Downloadable game software; Downloadable music files; Downloadable series of children's books; Downloadable video game programs; Earphones and headphones; Earphones for cellular telephones; Eyewear accessories, namely, straps, neck cords and head straps which restrain eyewear from movement on a wearer; Eyewear cases; Eyewear pouches; Laptop carrying cases; Magnetically encoded credit cards; Magnetically encoded debit cards; Magnets; Mobile phone straps; Visors for helmets; Battery chargers for mobile phones; Battery chargers for tablet computers; Cases for mobile phones; Computer game programmes downloadable via the Internet; Covers for tablet computers; Decorative switch plate covers; Downloadable computer game software for use on mobile and cellular phones; Downloadable emoticons for mobile phones; Downloadable graphics for mobile phones; Downloadable ring tones and graphics for mobile phones; Hands free devices for mobile-phones; Headsets for cellular or mobile phones; Protective cases for tablet computers; Protective covers for laptop computers; Sleeves for laptops; Stands adapted for mobile phones; Stands adapted for tablet computers

FIRST USE 1-1-2020; IN COMMERCE 1-1-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-166,446, FILED 09-08-2020



Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



Digitally Signed By: United States Patent and Trademark Office
Location: United States Patent and Trademark Office
Date: 2022.05.27 00:02:57 -04'00'

# United States of America
## United States Patent and Trademark Office

# CARE BEARS

**Reg. No. 6,748,823**
**Registered May 31, 2022**
**Int. Cl.: 3, 14, 16, 21, 24, 25, 28**
**Trademark**
**Principal Register**

Those Characters From Cleveland, LLC (OHIO LIMITED LIABILITY COMPANY)
28601 Chagrin Blvd., Ste. 500
Woodmere, OHIO 44122

CLASS 3: Cosmetics; bath beads; bath fizzies; bath foam; bath pearls; body wash; cotton balls for cosmetic purposes; cotton pads for cosmetic purposes; eye-shadow; lip glosses; nail art stickers; nail polish; shampoos; wipes impregnated with a cleaning preparation; adhesives for cosmetic purposes; air fragrancing preparations; all purpose cotton swabs for personal use; body glitter; body and beauty care cosmetics; bubble bath; cosmetic nail preparations; false nails; hair conditioner; nail cosmetics; non-medicated soaps

FIRST USE 8-17-2021; IN COMMERCE 8-17-2021

CLASS 14: Earrings; jewelry; watches; bracelets; key chains; pendants; pins being jewelry; rings; tie tacks; charms for bracelets; charms for key chains; costume jewelry; cuff links and tie clips; tie pins

FIRST USE 10-10-2020; IN COMMERCE 10-10-2020

CLASS 16: Calendars; crayons; erasers; markers; pencils; pens; posters; stationery; stickers; art prints; arts and craft paint kits; book marks; boxes of cardboard or paper; canvas for painting; charts for displaying data about human height; flash cards; gift bags; gift boxes; gift wrap paper; holders specially adapted for holding greeting cards; party ornaments of paper; pen and pencil cases; pen holders; post cards; scrapbooks; sketch pads; address books and diaries; blank journal books; blank paper door hangers; children's arts and crafts paper kits; children's books; children's activity books; children's interactive educational books; cloth children's books; colorboard; coloring books; comic books; day planners; desktop planners; document portfolios; drawing rulers; flip books; ink stamps; note books; paper gift tags; paper party decorations; paper tags; paper shopping bags; picture books; plastic shopping bags; printed matter, namely, vinyl static cling sheets on which prayers are printed for affixation in windows and windshields; printed paper door hangers; rubber stamps; series of fiction books; sketch books; sticker books; temporary tattoo transfers

FIRST USE 12-21-2020; IN COMMERCE 12-21-2020



*Katherine Kelly Vidal*
Director of the United States
Patent and Trademark Office



CLASS 21: Cups; mugs; glass beverageware; lunch boxes; oven mitts; pill boxes for personal use; place mats of plastic; pot holders; thermal insulated containers for food or beverages; trays for domestic purposes; aluminum water bottles sold empty; coin banks; cosmetic brushes; non-electric portable coolers; plastic coasters; plastic water bottles sold empty; portable ice chests for food and beverages; reusable ice cubes; sun catchers; tooth brush cases; tooth brushes; waste baskets

FIRST USE 6-1-2021; IN COMMERCE 6-1-2021

CLASS 24: Curtains; banners and flags of textile; banners of textile or plastic; coasters of textile; duvet covers; hooded towels; pillow cases; pillow covers; place mats of textile; shower curtains; sleeping bags; towels; bath towels; beach towels; bed blankets; canvas fabric; children's blankets; children's bed sheets, pillow cases, and blankets; cotton fabrics; fabric window coverings and treatments, namely, curtains, draperies, sheers, swags and valances; face towels of textiles; fitted toilet lid covers of fabric or fabric substitutes; hand towels; textile place mats; textile wall hangings

FIRST USE 6-1-2021; IN COMMERCE 6-1-2021

CLASS 25: Aprons; dresses; footwear; gloves; headwear; leggings; pants; scarves; shirts; shorts; skirts; sleepwear; socks; sweaters; swimwear; bath robes; bibs, not of paper; fleece bottoms; fleece jackets; fleece pullovers; fleece shorts; fleece tops; fleece vests; infant wear; outerwear, namely, hats, caps, gloves, mittens, scarves, coats, jackets; children's underwear; ladies' underwear; men's underwear; sleep masks

FIRST USE 6-19-2020; IN COMMERCE 6-19-2020

CLASS 28: Balloons; pucks; puzzles; balls for games; Christmas stockings; doll costumes; golf balls; golf bag tags; golf bags; golf club covers; golf tees; play houses; play mats containing infant toys; play mats for the purpose of putting together puzzles; play mats for use with toy vehicles; playset buildings; playsets for dolls; remote-controlled toy vehicles; toy action figures and accessories therefor; vending machine toys; board games; card games; children's educational toys for developing fine motor, cognitive, counting skills; collectable toy figures; memory games; ornaments for Christmas trees, except lights, candles and confectionery; party games; rubber balls; stuffed and plush toys; toy candy dispensers; toy masks; toy construction blocks

FIRST USE 9-9-1982; IN COMMERCE 9-9-1982

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "BEARS"

SER. NO. 90-976,366, FILED 09-30-2020

Digitally Signed By: United States Patent and Trademark Office
Location: United States Patent and Trademark Office
Date: 2022.06.26 05:16:29 -04'00'

# United States of America
## United States Patent and Trademark Office

# CARE BEARS

**Reg. No. 6,789,193**
**Registered Jul. 12, 2022**
**Int. Cl.: 5**
**Trademark**
**Principal Register**

Those Characters From Cleveland, LLC (OHIO LIMITED LIABILITY COMPANY)
28601 Chagrin Blvd., Ste. 500
Woodmere, OHIO 44122

CLASS 5: Vitamins; Antibacterial handwash; Antibacterial soap; Adhesive bandages; Antibacterial wipes; Disinfecting wipes; Hand-sanitizing preparations

FIRST USE 12-31-2018; IN COMMERCE 12-31-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "BEARS"

SER. NO. 90-864,720, FILED 08-04-2021



*Katherine Kelly Vidal*
Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# CARE BEARS

**Reg. No. 7,111,024**
**Registered Jul. 18, 2023**
**Int. Cl.: 9**
**Trademark**
**Principal Register**

Those Characters From Cleveland, LLC (OHIO LIMITED LIABILITY COMPANY)
28601 Chagrin Blvd., Ste. 500
Woodmere, OHIO 44122

CLASS 9: Downloadable audio recordings featuring entertainment and character content in the nature of music, movie and television clips, and animated performances authenticated by non-fungible tokens (NFTs); Downloadable image files containing entertainment and character content in the nature of trading cards, memes and character image stills authenticated by non-fungible tokens (NFTs); Downloadable multimedia file containing artwork relating to entertainment and character content authenticated by non-fungible tokens (NFTs); Downloadable multimedia file containing artwork, text, audio, and video relating to entertainment and character content authenticated by non-fungible tokens (NFTs); Downloadable multimedia file containing audio relating to entertainment and character content authenticated by non-fungible tokens (NFTs); Downloadable multimedia file containing text relating to entertainment and character content authenticated by non-fungible tokens (NFTs); Downloadable multimedia file containing video relating to entertainment and character content authenticated by non-fungible tokens (NFTs); Downloadable music files authenticated by non-fungible tokens (NFTs); Downloadable video recordings featuring entertainment and character content in the nature of movie and television clips, music videos, and animated performances authenticated by non-fungible tokens (NFTs)

FIRST USE 9-25-2020; IN COMMERCE 9-25-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "BEARS"

SER. NO. 97-358,679, FILED 04-12-2022



*Katherine Kelly Vidal*
Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# CARE BEARS LIL' BESTIES

**Reg. No. 7,176,047**
**Registered Sep. 26, 2023**
**Int. Cl.: 28**
**Trademark**
**Principal Register**

THOSE CHARACTERS FROM CLEVELAND, LLC (OHIO LIMITED LIABILITY COMPANY)
28601 CHAGRIN BLVD
SUITE 500
WOODMERE, OHIO 44122

CLASS 28: Collectible toy figures; Toys, games and playthings, namely, toy figurines, toy figures, and plastic character toys; toy environments for use with toy characters, namely, play pieces in the nature of toy buildings, toy vehicles, toy building structures, toy construction sets; play sets for toy characters, fantasy character toys, toy action figures and accessories therefor; party favors in the nature of small toys

FIRST USE 5-1-2023; IN COMMERCE 5-1-2023

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "BEARS"

SER. NO. 97-642,875, FILED 10-21-2022



*Katherine Kelly Vidal*
Director of the United States
Patent and Trademark Office

